**Robert John MOES, Petitioner—Appellant,**

v.

**Jeffrey L. BANEY, Case Manager Coordinator, CMC; Robert E. Bright, Unit Manager; Stephen M. Dewalt, Warden, Respondents—Appellees.**

No. 05–7830.

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2006.

Decided: May 19, 2006.

Robert John Moes, Appellant Pro Se. James A. Frederick, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert John Moes appeals the district court's order denying his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Moes v. Baney*, No. CA–05–1148–RWT (D.Md. Nov. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*